≫Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

## District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:** Nicole Goer                **Case Number:** 2:13CR00977-004

**Name of Sentencing Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** April 5, 2018

**Original Offense:** <u>**Count 1**</u>: Conspiracy to Possess with Intent to Distribute Heroin, Title 21 §§ 841(a)(1), (b)(1)(B) and 846. <u>**Count 4**</u>: Possession with Intent to Distribute Heroin, Title 21 §§ 841(a)(1) and (b)(1)(C).

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 36 months followed by 48 months supervised release.

**Type of Supervision:** Supervised Release            **Date Supervision Commenced:** June 5, 2020

**Previous Court Action/Notification(s):** On January 7, 2022, the Court was notified that the defendant tested positive for morphine. The sample was confirmed positive for codeine by Alere Toxicology Services on December 17, 2021. No action was requested of the court at that time. A written reprimand was issued to the defendant and random drug tested was continued to monitor her abstinence from drug use.

On January 30, 2023, the Court was notified that defendant tested positive for amphetamine and methamphetamine on January 12, 2023. The sample was confirmed positive for amphetamine and methamphetamine by Alere Toxicology Services on January 20, 2023. The defendant admitted to buying $175 worth of methamphetamine and using on January 10th and then the 17th-23rd. No action was requested of the Court at that time. The defendant was referred for an assessment at the Center for Behavioral Health and enrolled in the random drug testing program.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| <u>**Violation Number**</u> | <u>**Nature of Noncompliance**</u> |
|---|---|
| 1. | <u>**Failure to Refrain from Drug Use**</u>: On January 30, 2023, the defendant tested positive for amphetamine and methamphetamine. The sample was confirmed positive for amphetamine and methamphetamine by Alere Toxicology Services on February 14, 2023. The defendant admitted to last using methamphetamine on the morning of January 28, 2023. |

Prob 12A                                                                                                        Page 2
(Rev. 01/2020 - D/SC)

**U.S. Probation Officer Action**: Since the positive drug test on January 30, 2023, the defendant produced a negative drug test on February 9, 2023. A conference call regarding Ms. Goer's treatment plan was completed on February 16, 2023, between the defendant, the treatment provider, and the probation officer. The defendant will begin individual substance abuse counseling on February 23, 2023. She will attend these sessions twice a month for a minimum of 90 days. She will also be required to attend one Narcotics Anonymous (NA) meeting a week and will continue to be randomly drug tested. The U.S. Probation Office will continue to monitor this case and notify the Court of any further noncompliance.

Respectfully Submitted,

By: *[signature]*
Colin M. Fete
U.S. Probation Officer
Charleston Office

Date: February 21, 2023

Reviewed and Approved By:

*[signature]*
Gregory S. Russ
Supervising U.S. Probation Officer

| X | Agree with Probation Officer's recommendation |
|---|---|
|   | Submit a Request for Modifying the Condition or Term of Supervision |
|   | Submit a Request for Warrant or Summons |
|   | Other |

*[signature]*
Bruce Howe Hendricks
United States District Judge

February 21, 2023
Date